LITTLER MENDELSON, P.C.
KEVIN V. KOLIGIAN, Bar No. 258711
KKoligian@littler.com
ANDREW H. WOO, Bar No. 261120
awoo@littler.com
5200 North Palm Avenue, Suite 302
Fresno, CA 93704.2225
Telephone:   559.244.7500
Facsimile:   559.244.7525

Attorneys for Defendants
RANDY'S TRUCKING, INC.; and
RANDY GRIFFITH, AN INDIVIDUAL


MICHAEL L. TRACY, ESQ., SBN 237779
MTRACY@MICHAELTRACYLAW.COM
LAW OFFICES OF MICHAEL TRACY
2030 Main Street, Suite 1300
Irvine, CA 92614
T: (949) 260-9171
F: (866) 365-3051

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNY FERGUSON, AN INDIVIDUAL; ROGER MOELLMAN, AN INDIVIDUAL; AND STEVEN GIFFORD, AN INDIVIDUAL on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RANDY'S TRUCKING, INC., A CALIFORNIA CORPORATION; AND RANDY GRIFFITH, AN INDIVIDUAL,<br><br>Defendants. | Case No. 1:15-CV-00697 JLT<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE FOR MOTION FOR CLASS CERTIFICATION**<br><br>**ORDER GRANTING IN PART STIPULATION TO AMEND THE CASE SCHEDULE**<br><br>**(Doc. 26)** |

JOINT STIP. AND [PROPOSED] ORDER TO MOD. BRIEFING SCHED.

CASE NO. 1:15-CV-00697

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

1         Pursuant to Federal Rule of Civil Procedure 16 and Local Rule 144, by and through their respective counsel of record, Plaintiffs RONNY FERGUSON, ROGER MOELLMAN, and STEVEN GIFFORD ("Plaintiffs") and Defendants RANDY'S TRUCKING, INC. and RANDY GRIFFITH ("Defendants") hereby submit the following Stipulation and [Proposed] Order:

        WHEREAS, the Court, on August 20, 2015, issued a Scheduling Order setting the briefing schedule for Plaintiffs' motion for class certification, making Defendants' opposition due on January 15, 2016, Plaintiffs' reply due on January 29, 2016, and the hearing date set on February 19, 2016;

        WHEREAS, the parties have been working diligently to schedule depositions following the filing of the motion for class certification, but have encountered difficulties in finding mutually agreeable dates, in part due to the intervening holidays and the fact that Defendants' counsel has been on leave due to the birth of his second child;

        WHEREAS, Defendants seek to depose the named Plaintiffs prior to the deadline for filing an opposition to the motion for class certification and seek sufficient time to receive the deposition transcripts and integrate the testimony into the opposition, if necessary;

        WHEREAS, the parties have identified mutually agreeable dates for the depositions in early January, but Defendants seek additional time to file their opposition in order to incorporate deposition testimony into the opposition, if necessary;

        NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendants through their respective undersigned counsel that:

1. The deadline for filing Defendants' opposition to Plaintiffs' motion for class certification shall be continued from January 15, 2016 to January 29, 2016;

2. The deadline for filing Plaintiffs' reply to Defendants' opposition to Plaintiffs' motion for class certification shall be continued from January 29, 2016 to February 12, 2016; and

3. The hearing on Plaintiffs' motion for class certification set for February 19, 2016 shall remain on calendar unchanged.

///

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA  93704.2225
559.244.7500

JOINT STIP. AND [PROPOSED] ORDER TO MOD. BRIEFING SCHED.      2.      CASE NO. 1:15-CV-00697 JLT

1  The parties respectfully request that the Court modify the August 20, 2015
2  Scheduling Order accordingly to continue the briefing deadlines as set forth above.

3

4  Dated: December 24, 2015

5

6  /s/ Kevin V. Koligian, Esquire
   Kevin V. Koligian
7  LITTLER MENDELSON, P.C.
   Attorneys for Defendants
8  RANDY'S TRUCKING, INC. AND RANDY
   GRIFFITH

9

10

11  Dated: December 24, 2015

12

13  /s/ Michael Tracy
   MICHAEL TRACY
   LAW OFFICES OF MICHAEL TRACY
14  Attorneys for Plaintiffs

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

JOINT STIP. AND [PROPOSED] ORDER TO MOD. BRIEFING SCHED.    3.    CASE NO. 1:15-CV-00697 JLT

**[PROPOSED] ORDER**

Based upon the stipulation of counsel, the Court **ORDERS**:

1. The Joint Stipulation is **GRANTED in part**. The dates set forth in the August 20, 2015 Scheduling Order are modified in accordance with the dates proposed by the parties in their Joint Stipulation as follows:

    a. The deadline for filing Defendants' opposition to Plaintiffs' motion for class certification shall be continued from January 15, 2016 to January 29, 2016;

    b. The deadline for filing Plaintiffs' reply to Defendants' opposition to Plaintiffs' motion for class certification shall be continued from January 29, 2016 to February 12, 2016; and

    c. The hearing on Plaintiffs' motion for class certification ~~set for February 19, 2016 shall remain on calendar unchanged.~~ is continued to **March 8, 2016** at 9:30 a.m. Telephonic appearances via the CourtCall service are authorized.

IT IS SO ORDERED.

Dated:   **December 28, 2015**          /s/ Jennifer L. Thurston
                                       UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA  93704.2225
559.244.7500

JOINT STIP. AND [PROPOSED] ORDER TO MOD. BRIEFING SCHED.   4.   CASE NO. 1:15-CV-00697 JLT