**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONNY FERGUSON, AN INDIVIDUAL; ROGER MOELLMAN, AN INDIVIDUAL; AND STEVEN GIFFORD, AN INDIVIDUAL on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RANDY'S TRUCKING, INC., A CALIFORNIA CORPORATION; AND RANDY GRIFFITH, AN INDIVIDUAL<br><br>Defendants. | Case No.: 1:15-CV-00697---JLT<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL AS TO PLAINTIFF RONNY FERGUSON'S CLAIMS ONLY WITHOUT PREJUDICE**<br><br>(Doc. 38) |

The Court, having reviewed the parties' stipulation of dismissal as to Plaintiff RONNY FERGUSON'S claims ONLY without prejudice (the "Stipulation"), and good cause appearing, hereby orders as follows:

1. The Stipulation shall be and hereby is APPROVED.

2. This action is hereby dismissed against all Defendant's who have appeared as to Ronny Ferguson's claims ONLY, without prejudice.

-1-

3.  This Order does not dispose of the action.

IT IS SO ORDERED.

Dated:   **May 2, 2016**                              **/s/ Jennifer L. Thurston**
                                                     UNITED STATES MAGISTRATE JUDGE