1  LITTLER MENDELSON, P.C.
   KEVIN V. KOLIGIAN, Bar No. 258711
2  KKoligian@littler.com
   ANDREW H. WOO, Bar No. 261120
3  awoo@littler.com
   5200 North Palm Avenue, Suite 302
4  Fresno, CA  93704.2225
   Telephone:    559.244.7500
5  Facsimile:    559.244.7525

6  Attorneys for Defendants
   RANDY'S TRUCKING, INC.; and
7  RANDY GRIFFITH, AN INDIVIDUAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNY FERGUSON, AN INDIVIDUAL; ROGER MOELLMAN, AN INDIVIDUAL; AND STEVEN GIFFORD, AN INDIVIDUAL on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RANDY'S TRUCKING, INC., A CALIFORNIA CORPORATION; AND RANDY GRIFFITH, AN INDIVIDUAL,<br><br>Defendants. | Case No.  1:15-CV-00697 JLT<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>(Doc. 44) |

IT IS HEREBY STIPULATED by and between Plaintiffs ROGER MOELLMAN and STEVEN GIFFORD ("Plaintiffs") and Defendants RANDY'S TRUCKING, INC. and RANDY GRIFFITH ("Defendants"), through their respective counsel, that the deadline to amend the pleadings in this matter be extended for the limited purposes of permitting Defendants to amend their answer to add an affirmative defense based upon Plaintiffs being exempt from California's overtime requirements.  Good cause exists for this limited continuance because both parties were aware of the applicability of this affirmative defense and diligently engaged in discovery regarding

/ / /

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA  93704.2225
559.244.7500

JOINT  STIPULATION  AND  [P̶R̶O̶P̶O̶S̶E̶D̶]
ORDER TO AMEND DEF.'S ANSWER

CASE NO. 1:15-CV-00697

this affirmative defense, and amendment of the answer will not affect any other deadlines in this action.

Dated: September 8, 2016

        /s/ Kevin V. Koligian
Kevin V. Koligian
Andrew H. Woo
LITTLER MENDELSON, P.C.
Attorneys for Defendants
RANDY'S TRUCKING, INC.; and
RANDY GRIFFITH, AN INDIVIDUAL

Dated: September 8, 2016

        /s/ Michael Tracy
Michael Tracy
LAW OFFICES OF MICHAEL TRACY
Attorneys for Plaintiffs

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND DEF.'S ANSWER    2.    CASE NO. 1:15-CV-00697 JLT

**[PROPOSED] ORDER**

Based upon the stipulation of the parties, the Court **ORDERS**:

1. The amended answer to add an affirmative defense based upon Plaintiffs being exempt from California's overtime requirements may be filed, via stipulation or motion to amend, no later than **September 26, 2016.**

IT IS SO ORDERED.

Dated:   **September 8, 2016**            /s/ Jennifer L. Thurston
                                    UNITED STATES MAGISTRATE JUDGE

JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND DEF.'S ANSWER    3.    CASE NO. 1:15-CV-00697 JLT

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500