1  MICHAEL L. TRACY, ESQ., SBN 237779
   MTRACY@MICHAELTRACYLAW.COM
2  LAW OFFICES OF MICHAEL TRACY
3  2030 Main Street, Suite 1300
   Irvine, CA  92614
4  T: (949) 260-9171
   F: (866) 365-3051
5
   Attorneys for Plaintiffs
6

7  LITTLER MENDELSON, P.C.
   KEVIN V. KOLIGIAN, Bar No. 258711
8  KKoligian@littler.com
   ANDREW H. WOO, Bar No. 261120
9  awoo@littler.com
10 5200 North Palm Avenue, Suite 302
   Fresno, CA 93704.2225
11 Telephone: 559.244.7500
   Facsimile: 559.244.7525
12

13 Attorneys for Defendants
   RANDY'S TRUCKING, INC.; and
14 RANDY GRIFFITH, AN INDIVIDUAL

15              **UNITED STATES DISTRICT COURT**

16            **EASTERN DISTRICT OF CALIFORNIA**

17
   RONNY FERGUSON, AN INDIVIDUAL;          Case No.: 1:15-CV-00697---JLT
18 ROGER MOELLMAN, AN INDIVIDUAL;
   AND STEVEN GIFFORD, AN INDIVIDUAL       **JOINT STIPULATION AND [~~PROPOSED~~**
19 on behalf of themselves and all others similarly  **ORDER TO CONTINUE HEARING DATE**
   situated,                               **ON DEFENDANT'S MOTION FOR**
20                                         **SUMMARY JUDGMENT**
21              Plaintiffs,
                                           **(Doc. 51)**
22       vs.

23 RANDY'S TRUCKING, INC., A CALIFORNIA    Complaint Filed:    May 6, 2015
24 CORPORATION; AND RANDY GRIFFITH,        Trial Date:    February 21, 2017
   AN INDIVIDUAL
25
                Defendants.
26

27

28

1    **RECITALS**

2        WHEREAS, on September 30, 2016 Defendants RANDY'S TRUCKING, INC.; and

3    RANDY GRIFFITH ("Defendants") filed their Motion for Summary Judgment (dkt. #47);

4        WHEREAS, Defendant's Motion for Summary Judgment was noticed for hearing on

5    October 28, 2016;

6        WHEREAS, Counsel for Plaintiffs will be out of the country on that date, and have

7    contacted Counsel for Defendants requesting a continuance of the hearing date until November 4,

8    2016;

9                    **STIPULATION**

10        NOW, THEREFORE, it is hereby stipulated and agreed by Plaintiffs, on the one hand, and

11   Defendants, on the other hand, by and through their respective undersigned counsel of record, that:

12       The hearing on Defendants Motion for Summary Judgment will be continued to November

13   4, 2016;

14       Plaintiffs will file their opposition to the motion in accordance with the original noticed

15   hearing date and local rules on October 14, 2016.

16       IT IS SO STIPULATED AND AGREED.

17                                    Respectfully submitted,

18   DATED:  October 5, 2016              LAW OFFICES OF MICHAEL TRACY

19                                     /s/ Michael Tracy
20                            By:      _____
                                       MICHAEL TRACY, Attorney for Plaintiffs
21

22

23   DATED:  October 5, 2016              LITTLER MENDELSON, P.C.

24                                     /s/ Kevin Koligian
                              By:      _____
25                                     KEVIN V. KOLIGIAN, Attorney for Defendant
                                       RANDY'S TRUCKING, INC.
26

27

28

**[PROPOSED] ORDER**

Based upon the stipulation of the parties, the Court **ORDERS**:

1.  The stipulation to continue the hearing on the motion for summary judgment is **GRANTED**.

2.  The hearing on Defendant's Motion for Summary Judgment is continued to November 4, 2016 at 9:00 a.m.;

3.  Plaintiff's opposition to the motion is due on October 14, 2016;

4.  Defendant's optional reply is due on October 21, 2016.


IT IS SO ORDERED.

Dated:   **October 5, 2016**                    **/s/ Jennifer L. Thurston**
                                                UNITED STATES MAGISTRATE JUDGE