1  MICHAEL L. TRACY, ESQ., SBN 237779
   MTRACY@MICHAELTRACYLAW.COM
2  LAW OFFICES OF MICHAEL TRACY
3  2030 Main Street, Suite 1300
   Irvine, CA  92614
4  T: (949) 260-9171
   F: (866) 365-3051
5

6  Attorneys for Plaintiffs

7  LITTLER MENDELSON, P.C.
   KEVIN V. KOLIGIAN, Bar No. 258711
8  KKoligian@littler.com
   ANDREW H. WOO, Bar No. 261120
9  awoo@littler.com
10 5200 North Palm Avenue, Suite 302
   Fresno, CA 93704.2225
11 Telephone: 559.244.7500
   Facsimile: 559.244.7525
12

13 Attorneys for Defendants
   RANDY'S TRUCKING, INC.; and
14 RANDY GRIFFITH, AN INDIVIDUAL

15            **UNITED STATES DISTRICT COURT**

16           **EASTERN DISTRICT OF CALIFORNIA**

17
   RONNY FERGUSON, AN INDIVIDUAL;          Case No.: 1:15-CV-00697---JLT
18 ROGER MOELLMAN, AN INDIVIDUAL;
   AND STEVEN GIFFORD, AN INDIVIDUAL       **JOINT STIPULATION AND** ~~[PROPOSED~~
19 on behalf of themselves and all others similarly ~~ORDER] OF DISMISSAL~~ **ORDER**
   situated,                               **CLOSING THE CASE**
20
                                           **(Doc. 63)**
21            Plaintiffs,

22      vs.

23 RANDY'S TRUCKING, INC., A CALIFORNIA
   CORPORATION; AND RANDY GRIFFITH,
24 AN INDIVIDUAL
25            Defendants.
26

27

28

-1-

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) by and between Plaintiffs ROGER MOELLMAN and STEVEN GIFFORD and all Defendants who have appeared in this action, as follows:

1.      This action was commenced on May 6, 2015.

2.      The action was not certified as a class action; a receiver has not been appointed and the action is not governed by any statute of the United States that requires an order of the court for dismissal.

3.      This stipulated dismissal is without prejudice for the remaining Plaintiffs ROGER MOELLMAN and STEVEN GIFFORD to participate as unnamed class members in the pending action of *Kevin Marking v. Randy's Trucking*, Case No. BCV-15-100180, filed May 6, 2014 in Superior Court of California, County of Kern, if it is certified for a class or a class action settlement is reached.

4.      This action is hereby dismissed, in its entirety, without prejudice.

5.      Each party to bear their own fees and costs.

Respectfully submitted,

DATED:  January 12, 2017                    LAW OFFICES OF MICHAEL TRACY

                                            /s/ Michael Tracy
                                      By:    _____
                                            MICHAEL TRACY, Attorney for Plaintiffs


DATED:  January 12, 2017                    LITTLER MENDELSON, P.C.

                                            /s/ Kevin Koligian
                                      By:    _____
                                            KEVIN V. KOLIGIAN, Attorney for Defendant
                                            RANDY'S TRUCKING, INC.

**[PROPOSED] ORDER**

1

2          On January 12, 2017, the parties filed a stipulation to dismiss the action. (Doc. 63)  Federal

3    Rules of Civil Procedure Rule 41 provides that "the plaintiff may dismiss an action without a court

4    order by filing: . . . a stipulation of dismissal signed by all parties who have appeared.". . ." Fed. R.

5    Civ. P. 41(a). Once such a notice has been filed, an order of the Court is not required to make the

6    dismissal effective. Fed. R. Civ. P. 41(a)(1)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th

7    Cir. 1997).  Accordingly, the Clerk of Court is DIRECTED to close this action in light of the notice

8    of dismissal with prejudice filed and properly signed pursuant to Rule 41(a).

9

10   IT IS SO ORDERED.

11      Dated:   **January 12, 2017**              **/s/ Jennifer L. Thurston**
                                               UNITED STATES MAGISTRATE JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-